URANIA P. WELLING, Respondent, *v.* THE IVOROYD MANUFAC-
TURING COMPANY, Appellant.

*Welling* v. *Ivoroyd Manfg. Co.*, 15 App. Div. 116, affirmed.
(Argued February 7, 1900; decided February 27, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
March 24, 1897, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*J. K. Long* for appellant.

*P. Q. Eckerson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON,
and WERNER, JJ. Not sitting: CULLEN, J.

---

RACHEL A. MARTIN, Appellant, *v.* THE NEW ROCHELLE
WATER COMPANY et al., Respondents.

*Martin* v. *New Rochelle Water Co.*, 11 App. Div. 177, affirmed.
(Submitted February 7, 1900; decided February 27, 1900.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, made
December 30, 1896, reversing a judgment in favor of plain-
tiff, entered upon a decision of the court on trial at Special
Term and granting a new trial.

*John H. Clapp* for appellant.

*Frederick W. Whitridge* and *Willard Parker Butler* for
respondents.

Order affirmed, and judgment absolute ordered for defend-
ants on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON
and WERNER, JJ. Not sitting, CULLEN, J.